

# THE ATTORNEY GENERAL
# OF TEXAS

AUSTIN 11, TEXAS

GROVER SELLERS
~~XVTLLXXXXXXXXXX~~
~~XVTLL WILSON~~
ATTORNEY GENERAL

Honorable John C. Marburger
County Attorney
Fayette County
LaGrange, Texas

Dear Sir:

Opinion No. 0-6480
Re: Term of person appointed to fill
vacancy in membership of the Board
of Trustees of La Grange Independent
School District.

We are in receipt of your recent communication requesting an opinion from
this department on the above stated matter. The specific question
submitted by you is:

"If a vacancy occurs by resignation on the Board of
Trustees of the La Grange Independent School District
and such vacancy is filed by appointment by the
remaining Board Members, does such appointee serve
until the next Trustee Election or does he serve for the
unexpired term of the resigned member?

After carefully considering the provisions of our statutes relating to
the filling of vacancies in the membership of Boards of Trustees of
Independent School Districts, it is our opinion that the provisions of
Article 2777, Vernon's Annotated Civil Statutes, are applicable to the
LaGrange Independent School District.

With reference to the filling of vacancies in the membership of boards of
trustees of independent school districts, Article 2777, V. A. C. S.,
provides:

"The members of the board remaining after a vacancy shall fill
the same for the unexpired term."

In view of the foregoing, it is our opinion that when the Board of
Trustees of La Grange Independent School District fills a vacancy in the
membership of said Board by appointment, the appointee is entitled to
serve for the unexpired term of his or her predecessor.

Trusting that the foregoing satisfactorily answers your inquiry, we remain

                              Yours very truly

                    ATTORNEY GENERAL OF TEXAS

                    s/  J. A. Ellis


                    By
                        J. A. Ellis
                        Assistant

JAE:ddt/ldw

APPROVED MAR.27, 1945
s/ Carlos C. Ashley
FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED OPINION COMMITTEE
BY B. W. B.
CHAIRMAN